1 Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
   jml@manningllp.com
2 **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3 801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
4 Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
5
6 Attorneys for Defendant
   KOHL'S DEPARTMENT STORES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| TOMAS CASTILLO, | Case No. |
|---|---|
| Plaintiff, | **DEFENDANT KOHL'S DEPARTMENT STORES' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DEMAND FOR JURY TRIAL** |
| v. | |
| KOHL'S DEPARTMENT STORES, INC., and DOES 1 to 20, | |
| Defendants. | |
| | Action Filed: 11/07/2018 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that Defendant Kohl's Department Stores, Inc., hereby removes to this Court the State Court action described below:

1.    On November 2, 2018, Plaintiff Tomas Castillo filed this action in the Superior Court of the State of California, County of Orange, as Case No. 30-2018-01030203-CU-PD-CJC. A true and correct copy of the summons and complaint are attached hereto as Exhibit "A."

2.    On December 19, 2018, Defendant Kohl's Department Stores, Inc., filed its answer to the complaint. A true and correct copy of the answer is attached hereto as Exhibit "B."

3.    On January 24, 2019, Plaintiff served his Statement of Damages on Defendant. A true and correct copy of the Statement of Damages is attached hereto

**NOTICE OF REMOVAL**

as Exhibit "C."

4.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant Kohl's, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5.    Diversity of the parties exists as Plaintiff Tomas Castillo is a citizen of the State of California.

6.    Defendant Kohl's is a Delaware corporation with its principal place of business in Menomonee Falls, WI.

7.    In Plaintiff's Statement of Damages, he asserts general damages of $90,086.39 and special damages of $59,139.61 plus an amount for loss of earnings to be determined.

8.    Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

DATED: January 29, 2019

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _/s/ Robert P. Wargo_ SBN 175127
Jeffrey M. Lenkov, Esq.
Attorneys for Defendant, KOHL'S DEPARTMENT STORES, INC.

## DECLARATION OF ROBERT P. WARGO

I, Robert P. Wargo, declare that:

1. I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am Senior Counsel at Manning & Kass, Ellrod, Ramirez, Trester LLP, the attorneys for Defendant Kohl's Department Stores, Inc., in this action. If called upon to do so, I could and would testify to the following from my personal knowledge, except as to those matters stated on information and belief, as to which I believe them to be true.

2. On November 2, 2018, Plaintiff Tomas Castillo filed this action in the Superior Court of the State of California, County of Orange, as Case No. 30-2018-01030203-CU-PD-CJC. A true and correct copy of the summons and complaint are attached hereto as Exhibit "A."

3. On December 19, 2018, Defendant Kohl's Department Stores, Inc., filed its answer to the complaint. A true and correct copy of the answer is attached hereto as Exhibit "B."

4. On January 24, 2019, Plaintiff served his Statement of Damages on Defendant. A true and correct copy of the Statement of Damages is attached hereto as Exhibit "C."

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant Kohl's, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Diversity of the parties exists as Plaintiff Tomas Castillo is a citizen of the State of California.

7. Defendant Kohl's is a Delaware corporation with its principal place of business in Menomonee Falls, WI.

8. In Plaintiff's Statement of Damages, he asserts general damages of $90,086.39 and special damages of $59,139.61 plus an amount for loss of earnings to be determined.

9. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on January 29, 2019

Robert P. Wargo

# DEMAND FOR JURY TRIAL

Defendant KOHL'S DEPARTMENT STORES, INC., hereby demands trial of this matter by jury.

DATED: January 29, 2019

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: *[signature]* Robert P. Wargo
SBN 175137
Jeffrey M. Lenkov, Esq.
Attorneys for Defendant, KOHL'S DEPARTMENT STORES, INC.